SCWC-18-0000536

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

DL,
Petitioner/Plaintiff-Appellant,

vs.

CL,
Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000536, FC-D. NO. 16-1-1014)

ORDER DISMISSING CERTIORARI PROCEEDING
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)


   Upon further consideration of the records and files in this case, it appearing that the writ of certiorari herein was improvidently granted,

   IT IS HEREBY ORDERED that this certiorari proceeding is dismissed.

     DATED: Honolulu, Hawai'i, April 29, 2020.

       /s/ Mark E. Recktenwald

       /s/ Paula A. Nakayama

       /s/ Sabrina S. McKenna

       /s/ Richard W. Pollack

       /s/ Michael D. Wilson

